FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 4:58 pm, Sep 09, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:20-cr-14 |
| JOHN FOX, | |
| Defendant. | |

## O R D E R

This matter is before the Court on the Government's Motion for Reciprocal Discovery. Doc. 19.  Defendant did not respond to the Government's Motion, and the time to do so has expired.  After careful consideration and for good cause shown, the Government's Motion is **GRANTED**.  Defendant shall provide any such information to the Government at least fourteen (14) days prior to the date of trial.

There being no further pretrial motions pending in this case as to Defendant John Fox, the Motions Hearing scheduled for September 28, 2020 at 10:00 a.m. as to Defendant John Fox is cancelled.

**SO ORDERED**, this 9th day of September, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA